Joshua B. Swigart (SBN 225557)
josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Ste. 308
San Diego, CA 92108
Phone: 866-219-3343
Fax: 866-219-8344

Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C.H. and S.R., individually, and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br>v.<br><br>**TANDEM DIABETES CARE, INC.,**<br><br>Defendant. | Case No.: 3:20-cv-0634-LAB-LL<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

-1-
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiffs C.H. and S.R. (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned action, without prejudice as the named Plaintiffs and without prejudice as to the putative class.

Defendant has neither answered Plaintiffs' operative complaint nor filed a motion for summary judgment. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may dismiss this action without a court order.

Dated: May 21, 2020        **SWIGART LAW GROUP, APC**

By:   /s/ Joshua B. Swigart

Joshua B. Swigart

*Attorneys for Plaintiffs
and the Putative Class*